**Robert Stempler**, Cal. Bar No. 160299
Email: StemplerLaw@Gmail.com
CONSUMER LAW OFFICE OF
ROBERT STEMPLER, APLC
P.O. Box 1721
Palm Springs, CA 92263-1721

Telephone (760) 422-2200
Facsimile (909) 433-2132

Counsel for Plaintiff

FILED
2009 MAR 31 PM 1:39
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV 09 - 02229 GHK (JCx)

| | |
|---|---|
| MARK JOHNSON, <br><br> Plaintiff, <br><br> vs. <br><br> CMRE FINANCIAL SERVICES, INC.; <br> EISENHOWER MEDICAL CENTER; <br> and DOES 1 to 10; <br><br> Defendants. | Case No. <br><br> COMPLAINT FOR: <br> 1. VIOLATING THE FAIR DEBT COLLECTION PRACTICES ACT; <br> 2. CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT; <br> 3. INJUNCTIVE RELIEF UNDER CALIFORNIA BUSINESS AND PROFESSIONS CODE; <br> 4. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; <br> 5. NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS; <br><br> and DEMAND FOR JURY TRIAL |

Jurisdiction

1. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331. Supplemental jurisdiction exists for the state law claims, pursuant to 28 U.S.C. § 1367 and rule 18(a) of the Federal Rules of Civil Procedure.

Parties

2. The plaintiff, MARK JOHNSON, is a natural person.

3. Defendant CMRE FINANCIAL SERVICES, INC. ["CMRE"] was and is an entity engaged primarily in the business of collecting debts.

4. Defendants EISENHOWER MEDICAL CENTER ["EMC"] were and are each an entity or a sole proprietorship engaged in the business of reducing and attempting to reduce the pain and suffering of their patients, and collecting the bills from such services.

5. The true names and capacities of the defendants sued herein as DOES 1-10, inclusive, are unknown to plaintiff, at the present time.

## Facts Supporting Each Claim

6. In January of 2001, Plaintiff was badly injured at work, and taken to a branch of EMC, the Eisenhower Occupational Health Services, inside the Eisenhower Express Clinic in Cathedral City, CA, for personal medical attention.

7. In January of 2008, Plaintiff was admitted to the emergency room at EMC in Rancho Mirage, CA for further medical attention regarding Plaintiff's January 2001 work-related injury.

8. Plaintiff consented to be admitted at EMC for medical care.

9. EMC was given the name of Plaintiff's employer and its workers compensation insurance information, to which such bills were subject.

10. Despite the foregoing facts, EMC sent Plaintiff a statement demanding payment from Plaintiff for the medical services rendered to Plaintiff. EMC's statement stated, among other things: Patient Responsibility $11,398.23 and "The balance has been identified as patient responsibility. This is a request for payment in full."

11. Shortly after receiving EMC's statement, Plaintiff's Workers' Compensation law firm sent EMC a letter referring any and all medical bills to Plaintiff's Workers' Compensation insurance carrier and noted the exclusive jurisdiction for all such bills of the Workers Compensation Appeals Board.

12. Despite the foregoing facts, EMC continued collection efforts against Plaintiff by assigning the debt to CMRE.

13. CMRE sent more letters demanding payment, plus interest exceeding $1,1100. One of CMRE's letters also contained the following sentence: "Our client has given you all the extension of time they feel is justified."

14. CMRE obtained Plaintiff's personal credit report.

15. On March 30, 2009, a CMRE employee named Amber called Plaintiff's home and left a voice message and called Plaintiff's place of work and spoke with a co-worker, who took a written message.

16. CMRE's messages to Plaintiff failed to inform Plaintiff that this is a debt collector, attempting to collect a debt.

17. The foregoing collection practices caused Plaintiff distress and upset.

18. Further communications on this debt must end, and Defendants must securely dispose of Plaintiff's credit report and stop obtaining it.

FIRST CLAIM FOR RELIEF

<u>Violating the Fair Debt Collection Practices Act</u>

<u>Against CMRE</u>

19. Those paragraphs under the headings "Jurisdiction," "Parties," and "Facts Supporting Each Claim" are incorporated by reference.

20. The Fair Debt Collection Practices Act, which is codified at 15 U.S.C. §§ 1692-1692p, is referred to below as the "FDCPA."

21. Plaintiff is a "consumer," as defined by FDCPA § 803, codified at 15 U.S.C. § 1692a(3).

22. The defendants are each a "debt collector," as defined by FDCPA § 803, codified at 15 U.S.C. § 1692a(6).

23. The purported obligation that the defendants have attempted to collect from Plaintiff, is a "debt," as defined by FDCPA § 803, codified at 15 U.S.C. § 1692a(5).

24. The above-noted purported debt was purportedly incurred by Plaintiff for personal, family, or household purposes, i.e., personal medical care.

25. The defendants violated numerous sections of the FDCPA, in particular: 15 U.S.C. §§ 1692e(2), 1692e(11), 1692f, 1692f(1).

26. The foregoing violations of the FDCPA are among the defendants' practices towards numerous consumers, such as Plaintiff, for which the defendants are motivated by enhanced profits and collections without resorting to litigation.

## SECOND CLAIM FOR RELIEF
### Violating California Rosenthal Fair Debt Collection Practices Act
### Against All Defendants

27. Those paragraphs under the headings "Jurisdiction," "Parties," and "Facts Supporting Each Claim" are incorporated by reference.

28. The Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788 et seq. ("Rosenthal Act") was enacted in 1976 to ensure the integrity of our banking and credit industry. Cal. Civil Code § 1788.1(a)(1). The Legislature found: "Unfair or deceptive debt collection practices undermine the public confidence which is essential to the continued functioning of the banking and credit system and sound extensions of credit to consumers." Id.

29. The defendants are "debt collectors" within the meaning of Civil Code § 1788.2(c), in that they regularly and in the ordinary course of business, on behalf of themselves or others, engaged in acts and practices in connection with the collection of consumer debts, and that none of the defendants to this claim are an attorney nor counselor at law.

30. Plaintiff is a "debtor" within the meaning of Civil Code § 1788.2(h).

31. The purported debt which the defendants have attempted to collect from Plaintiff is a "consumer debt" within the meaning of Civil Code § 1788.2(f), in that it was incurred primarily for personal, family, or household purposes.

32. The defendants violated the Rosenthal Act, including Cal. Civil Code § 1788.17 for applicable FDCPA violations.

### THIRD CLAIM FOR RELIEF
### Injunctive Relief under California Business and Professions Code
### Against All Business Entity Defendants

33. Those paragraphs under the headings "Jurisdiction," "Parties," and "Facts Supporting Each Claim" are incorporated by reference.

34. The California Unfair Competition Law ["UCL"], Cal. Business & Professions Code § 17200 et seq., prohibits unlawful, unfair, or fraudulent business acts or practices; it provides that a Court may order injunctive relief and restitution to affected members of the general public to remedy violations.

35. The defendants are subject to the laws of the State of California in connection with their activities within California.

36. The acts and practices of the defendants constitute unfair business practices, because these acts and practices are likely to deceive the general public as to their legal rights and obligations with respect to the collection of debts.

37. As more particularly described above, the following acts or practices, separately, together, or in combination, constitute "unfair or deceptive acts or practices," which may be prohibited and enjoined, pursuant to Business and Professions Code sections 17200 and 17203:

    a. The violations of law alleged in the First and Second Claims;

    b. Violations of California Labor Code § 5300(a), which states: "All the following proceedings shall be instituted before the appeals board and not elsewhere, except as otherwise provided

1  in Division 4: (a) For the recovery of compensation, or concerning any right or liability arising out of or incidental thereto."

38. Pursuant to Business and Professions Code s §§ 17203 and 17204, Plaintiff is empowered to act as a private attorney general to enjoin such conduct.

38. Each of the defendants sued herein have engaged in unfair competition by, among other things, doing those things described above. This conduct is unlawful, unfair, or deceptive, and thus constitutes unfair competition.

## FOURTH CLAIM FOR RELIEF

### Intentional Infliction of Emotional Distress

### Against EMC Only

39. Those paragraphs under the headings "Jurisdiction," "Parties," and "Facts Supporting Each Claim."

40. The defendant's conduct of attempting to collect bills that were the exclusive jurisdiction of the Workers Compensation Appeals Board was outrageous.

41. That the defendants acted with reckless disregard of the probability that Plaintiff would suffer emotional distress, knowing that Plaintiff was already suffering greatly from the considerable injuries.

42. Plaintiff suffered severe emotional distress, for which the defendant's conduct was a substantial factor.

## FIFTH CLAIM FOR RELIEF

### Negligent Infliction of Emotional Distress

### Against All Defendants

43. Those paragraphs under the headings "Jurisdiction," "Parties," and "Facts Supporting Each Claim."

44. In doing the acts described above (i.e., attempting to collect bills that were the exclusive jurisdiction of the Workers Compensation Appeals Board), the defendants were negligent.

45. Plaintiff suffered serious emotional distress, for which the defendants' conduct was a substantial factor.

## PRAYER

WHEREFORE, Plaintiff prays for judgment as follows:

1. On the First Claim for violating the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. § 1692k, an award of actual and statutory damages, costs and reasonable attorneys' fees;

2. On the Second Claim for violating the California Rosenthal Fair Debt Collection Practices Act, pursuant to § 1788.30, an award of actual and statutory damages, costs and reasonable attorneys' fees;

3. On the Third Claim for Injunctive Relief under California Business and Professions Code, an order enjoining the defendants and their employees and agents from engaging in further violations of the statutes referenced, and from doing the acts which are considered unfair and/or deceptive by the allegations in this claim; all orders necessary to enforce such injunctions; and an award of attorney's fees, pursuant to Cal. Code of Civil Procedure § 1021.5;

4. On the Fourth Claim, for an award of compensatory and punitive damages;

5. On the Fifth Claim, for an award of compensatory damages;

6. For such other further relief as the Court deems just and proper.

///
///
///
///

## DEMAND FOR JURY TRIAL

Please take notice that the plaintiff demands trial by jury in this action.

CONSUMER LAW OFFICE OF ROBERT STEMPLER, APLC

*/s/ Robert Stempler*

By: Robert Stempler,
Attorney for Plaintiff

Robert Stempler, Cal. Bar No. 160299
Email: StemplerLaw@Gmail.com
Consumer Law Office of Robert Stempler, APLC
P.O. Box 1721
Palm Springs, CA 92263-1721
Telephone (760) 422-2200; Fax: (909) 433-2132

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JOHNSON,<br><br>PLAINTIFF(S)<br>v.<br>CMRE FINANCIAL SERVICES, INC.;<br>EISENHOWER MEDICAL CENTER;<br>and DOES 1 to 10;<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 09 - 02229 GHK (JCx)<br><br>SUMMONS |

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Robert Stempler_____, whose address is _P.O. Box 1721; Palm Springs CA 92263-1721_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI
Clerk, U.S. District Court

Dated: __MAR 3 1 2009__     By: __L. ADAMS__
                                  Deputy Clerk
                                  (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                        SUMMONS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge George King and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

### CV09- 2229 GHK (JCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
MARK JOHNSON

**DEFENDANTS**
CMRE FINANCIAL SERVICES, INC.
EISENHOWER MEDICAL CENTER

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Robert Stempler, Telephone (760) 422-2200
Consumer Law Office of Robert Stempler, APLC
P.O. Box 1721; Palm Springs CA 92263-1721

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No       ☑ **MONEY DEMANDED IN COMPLAINT:** $ To be determined.

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et al.

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☑ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

CV  09  -  02229 GHK (JCx)

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                      CIVIL COVER SHEET                                      Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☒ Yes
If yes, list case number(s): _____

**CV 09 - 02227 SJO (JPRx)**

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☒ A. Arise from the same or closely related transactions, happenings, or events; or
☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside and Orange | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside and Orange | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date March 30, 2009

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |